IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0216

_____

IN THE MATTER OF:

L.B. and R.B.,                                             O R D E R

      Youths in Need of Care.


_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heidi J. Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2024